IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MACNEIL IP LLC, an Illinois Limited Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  14-CV-1458 |
| v. | ) ) ) ) | Hon. Joan Humphrey Lefkow |
| UNITED BROKERAGE COMPANY INC., a Georgia Corporation; UNITED BROKERAGE PACKAGING NATIONAL ACCOUNTS, LLC, a Georgia company; UNITED BROKERAGE COMPANY OF NORTH CAROLINA, LLC, a Georgia company, | ) ) ) ) ) ) ) | Hon. Mag. Young B. Kim |
| Defendants. | ) | |

## **MACNEIL'S STATUS REPORT**

MacNeil is happy to report to the Court that the parties have settled this matter. The parties are currently engaged in drafting the settlement agreement and expect to submit a stipulated dismissal to the Court within a week or so.  MacNeil respectfully asks that the Court suspend the current briefing scheduling on the pending Motion to Dismiss and set a status date roughly three weeks out or whenever is convenient for the Court.

                    Respectfully submitted,

                    MACNEIL IP LLC,

Dated: July 1, 2014      By:   /s/ Robert S. Grabemann
                    One of Its Attorneys

Robert S. Grabemann
*rgrabemann@daspinaument.com*
Timothy M. Schaum
*tschaum@daspinaument.com*
DASPIN & AUMENT, LLP
227 West Monroe
Suite 3500
Chicago, Illinois 60606
(312)258-1600

-3-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing MACNEIL'S STATUS REPORT to be served via ECF Filing this 1st day of July 2014 on:

Steven P. Fallon
Ekaterena Berezutskaya
Greer, Burns & Crain LTD
300 S. Wacker Dr., Ste. 2500
Chicago, IL 60606
(312) 360-0080


                                       /s/ Robert S. Grabemann