IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MACNEIL IP LLC, an Illinois Limited Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 14-CV-1458 |
| v. | ) ) ) ) | Hon. Joan Humphrey Lefkow |
| UNITED BROKERAGE COMPANY INC., a Georgia Corporation; UNITED BROKERAGE PACKAGING NATIONAL ACCOUNTS, LLC, a Georgia company; UNITED BROKERAGE COMPANY OF NORTH CAROLINA, LLC, a Georgia company, | ) ) ) ) ) ) ) | Hon. Mag. Young B. Kim |
| Defendants. | ) | |

## STIPULATION TO DISMISS

Plaintiff, MacNeil IP, LLC, and Defendants, United Brokerage Company, Inc., United Brokerage Packaging National Accounts, LLC, and United Brokerage Company of North Carolina, LLC, by their undersigned attorneys, hereby stipulate to the entry of an order dismissing the above-captioned matter with prejudice and without fees or costs, all matters in controversy between the parties having been fully settled and compromised.

Respectfully submitted,

MACNEIL IP LLC,

Dated: July 21, 2014          By:     /s/ Robert S. Grabemann
                                      One of Its Attorneys

-2-

Robert S. Grabemann
*rgrabemann@daspinaument.com*
Timothy M. Schaum
*tschaum@daspinaument.com*
DASPIN & AUMENT, LLP
227 West Monroe
Suite 3500
Chicago, Illinois 60606
(312)258-1600


Dated July 21, 2014                          UNITED BROKERAGE COMPANY, INC., UNITED BROKERAGE PACKAGING NATIONAL ACCOUNTS, LLC AND UNITED BROKERAGE COMPANY OF NORTH CAROLINA, LLC


                                            By:    /s/ Ekaterena Berezutskaya
                                                    One of Their Attorneys


Steven P. Fallon
Ekaterena Berezutskaya
Greer, Burns & Crain LTD
300 S. Wacker Dr., Ste. 2500
Chicago, IL 60606
(312) 360-0080